# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

137484 & (75)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID T. FRANKLING and
LINDA M. FRANKLING,
      Petitioners-Appellees/
      Cross-Appellants,

v

                                   SC: 137484
                                   COA: 271228

CHARTER TOWNSHIP OF
VAN BUREN,
      Respondent-Appellant/
      Cross-Appellee.

Wayne CC: 05-534884-AV

_____/

      On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

p0420